United States District Court

Eastern District of California

Mebrhato Tsehai,

       Plaintiff,                  No. Civ. S 05-1953 GEB PAN P

  vs.                               Order

Teresa A. Schwartz, et al.,

       Defendants.

-oOo-

October 25, 2005, plaintiff requested an extension of time to show cause why the court should not deny his request to proceed in forma pauperis. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 25, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge