United States District Court

Eastern District of California

Tsehai,

       Plaintiff,                    Civ. No. S 05-1953 GEB PAN P

  vs.                              Order

Teresa A. Schwartz, et al.,

       Defendants.

                          -oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    October 26, 2005, the court ordered plaintiff to show cause why in forma pauperis status should not be denied for plaintiff's failure to exhaust administrative remedies.  Upon further review, the court has become aware plaintiff did not <u>file</u> an application to proceed in forma pauperis.

    To commence a civil action a plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of

1 court to proceed in forma pauperis and submit the affidavit and
2 trust account statement required by 28 U.S.C. § 1915(a).
3     Plaintiff has neither paid the fee nor submitted a proper
4 application for leave to proceed in forma pauperis.
5     Within 30 days from the day this order is signed plaintiff
6 may submit either the filing fee or the application required by
7 § 1915(a).  The clerk of the court is directed to mail to
8 plaintiff a form application for leave to proceed in forma
9 pauperis.  Failure to comply with this order will result in this
10 file being closed.
11     So ordered.
12     Dated:  December 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge