United States District Court

Eastern District of California

Mebrhato Tsehai,

      Plaintiff,                No. Civ. S 05-1953 GEB PAN P

   vs.                       Order

Teresa Schwartz, et al.,

      Defendants.

-oOo-

    January 25, 2006, plaintiff requested an extension of time to submit an application to proceed in forma pauperis.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 31, 2006.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge