1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MEBRHATO TSEHAI,

11              Plaintiff,                    No. CIV S-05-1953 GEB PAN P

12        vs.

13   TERESA SCHWARTZ, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested an extension of time to file an in forma pauperis

17   application pursuant to the court's order of May 11, 2006.  Good cause appearing, IT IS

18   HEREBY ORDERED that:

19              1.  Plaintiff's May 31, 2006 request for an extension of time is granted; and

20              2.  Plaintiff is granted thirty days from the date of this order in which to file a new

21   in forma pauperis application.

22   DATED: June 14, 2006.

23

24   _____
     UNITED STATES MAGISTRATE JUDGE

25

26   /mp; tseh1953.36